Thomas F. BONAVENTURA, Plaintiff–Counter–Defendant–Appellee,

v.

UNITED STATES of America, Defendant–Counter–Claimant–Third Party Plaintiff–Appellant,

Gregory A. Smith, Third Party Defendant.

No. 10–11590.

United States Court of Appeals, Eleventh Circuit.

June 2, 2011.

William E. Frantz, Donald B. Deloach, Donald P. Edwards, Frantz & Deloach, LLP, Atlanta, GA, for Plaintiff–Counter–Defendant–Appellee.

Melissa Briggs, John M. Bilheimer, David Zisserson, U.S. Department of Justice, Washington, DC, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Defendant–Counter–Claimant–Third Party Plaintiff–Appellant.

Before HULL, BLACK and STAPLETON,* Circuit Judges.

PER CURIAM:

After review and oral argument, we conclude the Appellant United States of America has not demonstrated reversible error in the district court's order dated

---

* Honorable Paul C. Huck, United States District Judge for the Southern District of Florida, sitting by designation.

* Honorable Walter K. Stapleton, United States Circuit Judge for the Third Circuit, sitting by designation.

December 14, 2009, 2009 WL 6042178, which entered judgment in favor of the Appellee Thomas F. Bonaventura. Even concluding the presumption of official regularity applies, the evidence creates factual issues for the fact-finder, and we cannot say there was insufficient evidence to support the district court's fact findings and conclusions of law.

**AFFIRMED.**